MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PAOLA BEDOY,<br><br>　　　　　　　　Defendant. | CASE NO. 2:16-CR-00166 KJM<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002–6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – MOISES COLON** |

　　　　NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Moises Colon give testimony or provide other information which he refuses to give or to provide, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

　　　　IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Moises Colon in any criminal case, except that Moises Colon shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

///

IT IS SO ORDERED.

DATED: 11/8, 2018

HON. KIMBERLY J. MUELLER
United States District Judge