UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>PAOLA BEDOY<br><br>   Defendant | ) Case No.: 2:16-CR-00166 KJM<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  FOR GOOD CAUSE SHOWN, former Criminal Justice Act trial counsel of record for Toni LaShay White, Law Offices of Toni White, P.O. Box 1081, El Dorado, CA 95623, Tel. 530-906-1592, Email: toniwhite6311@gmail.com, is substituted as CJA counsel in this court for Vicki Marolt Buchanan for all proceedings on remand including the Status Conference on December 6, 2021.

  IT IS SO ORDERED.

  This order resolves ECF No. 138.

DATED:  November 4, 2021.

_____

CHIEF UNITED STATES DISTRICT JUDGE