PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-166 KJM |
|---|---|
| Plaintiff, | ORDER TO ENTER AMENDED JUDGMENT REMOVING RESTITUTION |
| v. | |
| PAOLA BEDOY, | |
| Defendant. | |

The Court has reviewed the order from the Ninth Circuit Court of Appeals vacating the judgment and remanding "solely for the district court to consider whether it wishes to exercise its discretion to order payment of restitution as a condition of supervised release." ECF 135, 137.

The Court has further reviewed the parties' joint stipulation and request that the Court enter an amended judgment in this criminal tax case removing restitution from the judgment, and otherwise remaining the same.

In light of the fact that the government has consulted with United States Probation and conducted its inquiries regarding defendant's assets and financial status, and that the government is not seeking imposition of restitution as a condition of defendant's term of supervised release, IT IS HEREBY ORDERED AS FOLLOWS:

1. An amended judgment and commitment shall issue in this case, removing the provisions on pages 3, 6, and 7 of the original judgment (ECF 125) that required payment of restitution.

2. The amended judgment shall remain the same in all other respects.

3. The hearing set for January 24, 2022 at 9:00 AM is VACATED.

IT IS SO ORDERED.

DATED: January 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE